**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JASON MACDONALD,

Plaintiff,

v.

GOCAMP AL, LLC *et al.*,

Defendants.

Case No. 2-23-cv-09770-CV (JPRx)

**JUDGMENT**

Pursuant to the Court's November 7, 2025 Order (Doc. # 90) and its Order granting Defendant Progressive Casualty Insurance Company's Motion for Reconsideration (Doc. # 97), IT IS ADJUDGED that judgment is entered in favor of Defendants GoCamp AL, LLC, Roamly Insurance Solutions, LLC, Outdoorsy, Inc., and Progressive Casualty Insurance Company, and against Plaintiff Jason MacDonald**.**

Dated: 8/31/26

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE